**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GALINA M. NOVAKHOVA,** *Plaintiff,* | : | **CIVIL ACTION** |
| **v.** | : | |
| **ANJELIQUE J. BONILLA, et al.,** *Defendants.* | : | **NO. 26-0585** |

**ORDER**

**AND NOW**, this **10th** day of **September 2026**, upon consideration of Defendant City of Torrance's Motion to Dismiss (ECF No. 35), Plaintiff's Opposition to Defendant City of Torrance's Motion to Dismiss (ECF No. 40), Defendant City of Torrance's Reply in Support of its Motion to Dismiss (ECF No. 42), Plaintiff's Sur-Reply to Defendant City of Torrance's Reply (ECF No. 57), Plaintiff's Motion for a Rule 12(i) Evidentiary Hearing (ECF No. 58), Plaintiff's Motion for Leave to File a Memorandum of Law in Excess of Twenty-Five Pages (ECF No. 67), Plaintiff's Supplemental Motion Pursuant to ECF No. 65, in Support of ECF No. 58 to Deny Defendant City of Torrance's Motion to Dismiss (ECF No. 68), Plaintiff's Motion and Final Demand for Disposition of ECF Nos. 58 and 68 Before or Contemporaneously With Any Disposition of Defendant's Motion to Dismiss (ECF No. 75), and the docket, it is hereby **ORDERED** as follows:

1. Defendant City of Torrance's Motion to Dismiss for lack of personal jurisdiction (ECF No. 35) is **GRANTED** for the reasons stated in the accompanying memorandum opinion. All claims asserted against Defendant City of Torrance in the Amended Complaint (ECF No. 21) are **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff's Motion for a Rule 12(i) Evidentiary Hearing, Expedited Jurisdictional Discovery, Authorization of Limited Rule 45 Subpoenas, Preservation of Evidence, Denial of the City's Motion to Dismiss, and Renewed Consideration of Interim Relief (ECF No. 58) is **DENIED** for the reasons stated in the accompanying memorandum opinion.
3. Plaintiff's Motion for Leave to File a Memorandum of Law in Excess of Twenty-Five Pages (ECF No. 67) is **DENIED AS MOOT**.
4. Plaintiff's Supplemental Motion Pursuant to ECF No. 65, in Support of ECF No. 58 to Deny ECF No. 35, Deny ECF No. 35-2, Authorize Production and Supplementation of the Evidentiary Record, Order Preservation, Authorize Targeted Discovery Under Rules 26(d), 30(b)(6), 33, 34, and 36, and Establish a Rule 12(i) Procedure (ECF No. 68) is **DENIED** for the reasons stated in the accompanying memorandum opinion.
5. Having resolved Plaintiff's motions at ECF Nos. 58 and 68 in this Order, the Court has done as Plaintiff requested in her Motion and Final Demand for Disposition of ECF Nos. 58 and 68 Before or Contemporaneously With Any Disposition of ECF No. 35 (ECF No. 75). The Clerk of Court is **DIRECTED** to **TERMINATE** the pending motion at ECF No. 75.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**