**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GALINA M. NOVAKHOVA,** *Plaintiff,* | : | **CIVIL ACTION** |
| **v.** | : | |
| **ANJELIQUE J. BONILLA, et al.,** *Defendants.* | : | **NO. 2:26-cv-0585-CFK** |

**MEMORANDUM**

**KENNEY, J.** **September 25, 2026**

Plaintiff Galina M. Novakhova, proceeding *pro se*, brings this action against over a dozen defendants, including Judge Cateria McCabe and Judge Viktoria Kristiansson (the "Judicial Defendants") "under 42 U.S.C. §§ 1983, 1985(3), and 1986." ECF No. 21 at 3. Before the Court is the Judicial Defendants' Motion to Dismiss Plaintiff's Amended Complaint (the "Motion") (ECF No. 110), filed on September 21, 2026. For the reasons set forth below, the Court will grant the Judicial Defendants' Motion to Dismiss (ECF No. 110) and will dismiss Plaintiff's claims against the Judicial Defendants.

The judicial immunity doctrine shields both Judicial Defendants from suit and damages for their judicial actions in this case. *Mireles v. Waco*, 502 U.S. 9, 11 (1991); *Dennis v. Sparks*, 449 U.S. 24, 27–28 (1980); *Azubuko v. Royal*, 443 F.3d 302, 303 (3d Cir. 2006); *Mikhail v. Khan*, 572 Fed. Appx. 68, 71 (3d Cir. 2014). For judicial immunity to apply, the judge must have jurisdiction over the subject matter, and the judge must be performing a judicial act. *Stump v. Sparkman*, 435 U.S. 349, 356 (1978). In this case, the Pennsylvania Court of Common Pleas of Philadelphia County had original jurisdiction. 42 Ps.C.S. § 6321. Judge McCabe was acting in her judicial capacity when deciding temporary custody placement of Plaintiff's daughter. The Amended Complaint (ECF No. 21) only mentions Judge Kristiansson by identifying her among other state

actor defendants. Judge Kristiansson's judicial actions are also protected by judicial immunity. Because the court finds that judicial immunity bars the claims against the Judicial Defendants in the Plaintiff's Amended Complaint, the Court will grant the Judicial Defendants' Motion to Dismiss (ECF No. 110). An appropriate Order will follow.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**