**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GALINA M. NOVAKHOVA,** | : | **CIVIL ACTION** |
| ***Plaintiff,*** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ANJELIQUE J. BONILLA, et al.,** | : | |
| ***Respondents.*** | : | **NO. 26-0585** |

**ORDER**

**AND NOW**, this **25th** day of **September 2026**, upon consideration of Defendant Judge Cateria McCabe and Defendant Judge Viktoria Kristiansson's Motion to Dismiss (the "Motion to Dismiss") (ECF No. 110), and the docket, it is hereby **ORDERED** that the Motion (ECF No. 110) is **GRANTED**, as follows:

1. All claims against Defendant Judge Cateria McCabe and Defendant Judge Viktoria Kristiansson are **DISMISSED WITH PREJUDICE**.
2. Plaintiff's Motion for Relief (ECF No. 108) is **DENIED as moot**.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**