**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GALINA M. NOVAKHOVA,<br><br>Plaintiff,<br><br>v.<br><br>ANJELIQUE J. BONILLA, et al.,<br><br>Defendants. | : | CASE NO. 2:26-cv-00585-CFK |

**DEFENDANT CONCILIO DE ORGANIZACIONES HISPANAS DE FILADELFIA, INC.'S OPPOSITION TO PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT**

Defendant Concilio de Organizaciones Hispanas de Filadelfia, Inc. ("Concilio"), incorrectly identified in the Amended Complaint as "CUA3 / El Concilio," by and through its undersigned counsel, respectfully submits this Opposition to Plaintiff's Request for Clerk's Entry of Default Under Federal Rule of Civil Procedure 55(a) (ECF No. 84) and states as follows:

1. On August 26, 2026, Plaintiff filed a Request for Clerk's Entry Default Under Federal Rule of Civil Procedure 55(a) (ECF No. 84).

2. Plaintiff is not entitled to entry of default when she failed to properly serve Concilio in accordance with Fed. R. Civ. P. 4.

3. As provided in Concilio's Motion to Dismiss (ECF No. 119), incorporated herein by reference, Plaintiff failed to properly and timely serve Concilio in accordance with Fed. R. Civ. P. 4.

4. Plaintiff has not served any officer, managing or general agent, or other person authorized to accept original process on Concilio's behalf, as required by Fed. R. Civ. P. 4(h) and Pa. R. Civ. P. 424. Additionally, service was insufficient because no Pennsylvania Rule of Civil

Procedure authorizes service of original process by mail on a corporation within the Commonwealth in an ordinary civil action. Plaintiff also failed to effect service within the time-period prescribed by Fed. R. Civ. P. 4(m).

5. Because Plaintiff has not properly served Concilio, it is not obligated to respond to Plaintiff's Amended Complaint.

6. On October 2, 2026, Concilio filed its Motion to Dismiss (ECF No. 119) despite Plaintiff's failure to properly effectuate service, thereby appearing and actively defending this action.

7. Rule 55(a) authorizes entry of default only where a defendant "has failed to plead or otherwise defend." Fed. R. Civ. P. 55(a).

8. Entry of default is unavailable to Plaintiff because Concilio has appeared and defended this action.

WHEREFORE, for the reasons provided in this Opposition and more fully in the accompanying Memorandum of Law (filed herewith and incorporated herein), Concilio respectfully requests that this Court deny Plaintiff's Request for Clerk's Entry of Default Under Federal Rule of Civil Procedure 55(a).

Respectfully submitted,

WEIR LLP

By: */s/ David V. Dzara*

DAVID V. DZARA
Attorney ID No. 91274
The Widener Building, Suite 500
1339 Chestnut Street
Philadelphia, PA 19107
(215) 665-8181
(215) 665-8464 Fax
ddzara@weirlawllp.com

Dated: October 2, 2026

**CERTIFICATE OF SERVICE**

I, David V. Dzara, hereby certify that on this 2nd day of October, 2026, a true and correct copy of the foregoing Defendant Concilio's Opposition to Plaintiff's Request for Clerk's Entry of Default, Memorandum of Law in Support, and Proposed Order were filed electronically with the Court's CM/ECF system and are available for viewing and downloading. Service was made upon all counsel of record via the Court's CM/ECF system, and upon *pro se* Plaintiff via electronic mail and U.S. first class mail, postage prepaid, at the following address:

Galina M. Novakhova
PO Box 17635
Philadelphia, PA 19135
galinamn@gmail.com
*Pro Se Plaintiff*

*/s/ David V. Dzara*
DAVID V. DZARA