**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GALINA M. NOVAKHOVA, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 2:26-cv-00585-CFK |
| ANJELIQUE J. BONILLA, et al., | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this __________ day of _______________________, 2026, upon consideration of Plaintiff's Request for Clerk's Entry of Default under Federal Rule of Civil Procedure 55(a) (ECF No. 84), and Defendant Concilio de Organizaciones Hispanas de Filadelfia, Inc.'s ("Concilio") (incorrectly identified in the Amended Complaint as "CUA3 / El Concilio") Opposition thereto, it is hereby **ORDERED** that Plaintiff's Request is **DENIED**.

**BY THE COURT:**

____________________________________
**CHAD F. KENNEY, JUDGE**