**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GALINA M. NOVAKHOVA,** | : | |
| ***Plaintiff,*** | : | |
| **v.** | : | **CASE NO. 2:26-CV-0585-CFK** |
| **ANJELIQUE J. BONILLA, et al.,** | : | |
| ***Defendants*** | : | |

**PLAINTIFF'S MOTION FOR CLARIFICATION OF ECF NO. 118 AND, IF NECESSARY, FOR EXTENSION OF TIME**

Plaintiff Galina M. Novakhova, proceeding pro se, respectfully requests brief clarification whether the Court's September 29, 2026 Order at ECF No. 118 applies to the later-filed Concilio submissions at ECF Nos. 119 and 120. If the Court determines that ECF No. 118 does not apply to either filing, Plaintiff respectfully requests an extension through November 2, 2026 pursuant to Fed. R. Civ. P. 6(b)(1)(A).

ECF No. 118 granted Plaintiff's ECF No. 117 and provides that Plaintiff "shall have until November 2, 2026 to file responses to the pending motions at ECF Nos. 89, 93, and 111, and to file replies to Defendants' responses to Plaintiff's pending requests for default. " ECF No. 117 itself sought an extension as to Defendants' dispositive motions, oppositions to pending motions, and other substantive filings during Plaintiff's previously noticed religious-observance period.

On October 2, 2026, after ECF No. 118 was entered, Defendant Concilio filed ECF No. 119, a dispositive motion to dismiss, and ECF No. 120, an opposition to Plaintiff's pending Rule 55(a) request at ECF No. 84. Plaintiff understands ECF No. 118 to extend her reply to ECF No.

120 through November 2 because ECF No. 120 is a Defendant response to a pending default request. Plaintiff also understands the grant of ECF No. 117 to encompass the later-filed Concilio dispositive motion, but seeks confirmation because ECF No. 119 was filed after ECF No. 118.

If the Court construes ECF No. 118 not to encompass ECF No. 119 or ECF No. 120, good cause exists for a prospective extension through November 2, 2026. Plaintiff is already preparing the multiple responses and replies expressly covered by ECF No. 118, and a single November 2 deadline will avoid overlapping deadlines and permit orderly briefing without prejudice to Defendant.

**WHEREFORE**, Plaintiff respectfully requests that the Court confirm that the November 2, 2026 deadline established by ECF No. 118 applies to Plaintiff's opposition to ECF No. 119 and reply to ECF No. 120, or, if not, extend the applicable deadline(s) through November 2, 2026.

Respectfully submitted,

/s/ Galina M. Novakhova

**GALINA M. NOVAKHOVA**

*Plaintiff, Pro Se*

P.O. Box 17635

Philadelphia, PA 19135

GalinaMN@gmail.com

All Rights Reserved Without Prejudice

Dated: October 5, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2026, I caused a true and correct copy of the foregoing Motion for Clarification of ECF No. 118 and, if Necessary, for Extension of Time to be served upon all counsel of record and all parties entitled to service in this action via the Court's CM/ECF electronic filing system.

/s/ Galina M. Novakhova

**GALINA M. NOVAKHOVA**

*Plaintiff, Pro Se*