**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GALINA M. NOVAKHOVA,** | : | |
| *Plaintiff,* | : | |
| **v.** | : | **CASE NO. 2:26-CV-0585-CFK** |
| **ANJELIQUE J. BONILLA, et al.,** | : | |
| *Defendants* | : | |

**ORDER**

**AND NOW**, this ____ day of ____________, 2026, upon consideration of Plaintiff's Motion for Clarification of ECF No. 118 and, if Necessary, for Extension of Time, it is **ORDERED** that Plaintiff's deadline to file an opposition to ECF No. 119 and a reply to ECF No. 120 is November 2, 2026.

BY THE COURT:

______________________________

HONORABLE CHAD F. KENNEY, J.