**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GALINA M. NOVAKHOVA,** | : | **CIVIL ACTION** |
| ***Plaintiff,*** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ANJELIQUE J. BONILLA, et al.,** | : | |
| ***Respondent.*** | : | **NO. 26-0585** |

**ORDER**

**AND NOW**, this **5th** day of **October 2026**, upon consideration of Plaintiff's Motion for an Extension of Time to Respond to Defendant Consilio de Organizaciones Hispanas de Filadelfia, Inc.'s Motion to Dismiss (the "Motion") (ECF No. 121), it is hereby **ORDERED** that the Motion (ECF No. 121) is **GRANTED**. Plaintiff shall have until **November 2, 2026** to file a response to ECF No. 119, and to file a reply to Defendant's response to Plaintiff's pending request for default (ECF No. 120).

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**