**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GALINA M. NOVAKHOVA,** | : | |
| ***Plaintiff,*** | : | |
| **v.** | : | **CASE NO. 2:26-CV-0585-CFK** |
| **ANJELIQUE J. BONILLA, et al.,** | : | |
| ***Defendants*** | : | |

**ORDER**

**AND NOW**, this ____ day of ______________, 2026, upon consideration of Plaintiff's Motion for Leave to Exceed the Page Limit for Her Memorandum of Law in Support of Her Motion for Reconsideration and Re-argument of ECF Nos. 113 and 114, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff is **GRANTED** leave to file her Memorandum of Law in Support of her Motion for Reconsideration and Re-argument of ECF Nos. 113 and 114, Under Local Civil Rule 7.1(g) and Federal Rule of Civil Procedure 54(b), With Alternative Relief Under Rule 60(b)(1) Only If the Court Treats the Disposition as Final, in excess of the twenty-five-page limit set forth in this Court's Policies and Procedures.

BY THE COURT:

______________________________

Honorable Chad F. Kenney, J.