**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GALINA M. NOVAKHOVA,** | : | **CIVIL ACTION** |
| ***Plaintiff,*** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ANJELIQUE J. BONILLA, et al.,** | : | |
| ***Respondent.*** | : | **NO. 26-0585** |

**ORDER**

**AND NOW**, this **8th** day of **October 2026**, upon consideration of Plaintiff's Motion for Leave to Exceed the Court's Page Limits for Plaintiff's Memorandum of Law in Support of Motion for Reconsideration (the "Plaintiff's Motion") (ECF No. 123), and the docket, it is hereby **ORDERED** that the Motion (ECF No. 123) is **GRANTED**.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**