IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GALINA M. NOVAKHOVA,** | : | |
| ***Plaintiff,*** | : | |
| **v.** | : | **CASE NO. 2:26-CV-0585-CFK** |
| **ANJELIQUE J. BONILLA, et al.,** | : | |
| ***Defendants*** | : | |

**PLAINTIFF'S EMERGENCY MOTION FOR A ONE-DAY EXTENSION OF TIME TO FILE MOTION FOR RECONSIDERATION OF ECF NOS. 113 AND 114 PURSUANT TO FED. R. CIV. P. 6(b)(1)(A)**

Plaintiff Galina M. Novakhova, proceeding pro se, respectfully moves under Federal Rule of Civil Procedure 6(b)(1)(A) for a one-day extension, through October 14, 2026, at 11:59 p.m. Eastern Time, to file her Motion for Reconsideration and Reargument of ECF Nos. 113 and 114 and accompanying memorandum, declaration, and supporting materials. In support, Plaintiff states:

1. ECF Nos. 113 and 114 were entered September 28, 2026. The fourteen-day period under E.D. Pa. Local Civil Rule 7.1(g), calculated under Federal Rule of Civil Procedure 6(a), expires October 13, 2026, because October 12 was a federal legal holiday.

2. Plaintiff has been diligently preparing an extensive reconsideration submission challenging the dismissal with prejudice of Judges Cateria McCabe and Viktoria Kristiansson,

including the premature disposition of ECF No. 110 before expiration of Plaintiff's opposition period.

3. Plaintiff previously notified the Court and all counsel of her Jewish religious observances and resulting limitations on sustained litigation preparation through ECF Nos. 73 and 100. The Court granted partial scheduling accommodations through ECF Nos. 105 and 118. Plaintiff proceeds without counsel or litigation staff and must personally prepare, verify, and assemble her filings.

4. Despite diligent efforts, Plaintiff requires a brief additional period to complete final verification of the memorandum, reconcile the supporting declaration and exhibits, and ensure that the filing accurately preserves her constitutional claims, remedies, and appellate objections without material factual or legal errors.

5. Plaintiff makes this request before expiration of the applicable deadline, in good faith, for good cause, and not for delay. The requested extension is limited to one day and is necessary to permit an accurate submission addressing a dismissal with prejudice.

**WHEREFORE**, Plaintiff respectfully requests that the Court extend the deadline for filing her Motion for Reconsideration and Reargument of ECF Nos. 113 and 114, with its supporting memorandum, declaration, and exhibits, through **October 14, 2026, at 11:59 p.m. Eastern Time**, and grant such other relief as justice requires.

Respectfully submitted,
/s/ Galina M. Novakhova
**Galina M. Novakhova**

*Plaintiff, Pro Se*

P.O. Box 17635

Philadelphia, PA 19135

GalinaMN@gmail.com

**Dated: October 13, 2026**

## CERTIFICATE OF SERVICE

I certify that on October 13, 2026, I electronically filed the foregoing Motion through CM/ECF, which will transmit notice to all counsel of record registered to receive electronic notification. I will serve any party not receiving electronic notice by a method authorized under Federal Rule of Civil Procedure 5.

/s/ Galina M. Novakhova
**Galina M. Novakhova**
*Plaintiff, Pro Se*