**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GALINA M. NOVAKHOVA,** | : | |
| ***Plaintiff,*** | : | |
| **v.** | : | **CASE NO. 2:26-CV-0585-CFK** |
| **ANJELIQUE J. BONILLA, et al.,** | : | |
| ***Defendants*** | : | |

**ORDER**

**AND NOW**, this _____ day of _______________, 2026, upon consideration of Plaintiff's Emergency Motion for a One-Day Extension of Time, it is **ORDERED** that the Motion is **GRANTED**. Plaintiff may file her Motion for Reconsideration and Reargument of ECF Nos. 113 and 114, supporting memorandum, declaration, and exhibits no later than October 14, 2026, at 11:59 p.m. Eastern Time.

BY THE COURT:

________________________________

CHAD F. KENNEY, J.