**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GALINA M. NOVAKHOVA,** | : | **CIVIL ACTION** |
| ***Plaintiff,*** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ANJELIQUE J. BONILLA, et al.,** | : | |
| ***Respondent.*** | : | **NO. 26-0585** |

**ORDER**

**AND NOW**, this **14th** day of **October 2026**, upon consideration of Plaintiff's Motion for an Extension of Time to File a Motion for Reconsideration of ECF Nos. 113 and 114 (ECF No. 125), it is hereby **ORDERED** that the Motion (ECF No. 125) is **GRANTED**. Plaintiff shall have until **October 14, 2026** at **11:59 P.M.** to file a Motion for Reconsideration.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**