**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GALINA M. NOVAKHOVA,** *Plaintiff,* v. **ANJELIQUE J. BONILLA, et al.,** *Defendants* | : | **CASE NO. 2:26-CV-0585-CFK** |

**PLAINTIFF'S MOTION FOR ORDER AUTHORIZING THE CLERK OF COURT TO PROVIDE COPIES OF PLAINTIFF'S PREVIOUSLY FILED SEALED DOCUMENTS**

Plaintiff Galina M. Novakhova, proceeding pro se, respectfully moves this Court for an Order authorizing and directing the Clerk of Court to provide Plaintiff with complete copies of her previously filed sealed documents, including ECF Nos. 2, 8, and 12, together with all associated attachments and exhibits, pursuant to the Eastern District of Pennsylvania's September 23, 2025 Standing Order, In re: Procedure for Access and Management of Sealed Documents. In support thereof, Plaintiff states:

1. Plaintiff is the party who previously submitted the sealed documents identified as ECF Nos. 2, 8, and 12 in this action.
2. These filings include materials relevant to the factual and procedural history of Plaintiff's claims, including prior judicial proceedings, jurisdictional determinations, and records concerning the custody of Plaintiff's minor child.

3. On September 23, 2025, the United States District Court for the Eastern District of Pennsylvania entered a Standing Order entitled In re: Procedure for Access and Management of Sealed Documents, establishing procedures governing access to and management of sealed documents.

4. Paragraph 1 of that Standing Order provides that sealed documents are no longer accessible or viewable electronically through CM/ECF. Paragraph 3 expressly requires a court order for additional copies of sealed documents.

5. Consequently, Plaintiff cannot obtain copies of her previously submitted sealed filings through ordinary electronic docket access and must obtain judicial authorization for their release by the Clerk.

6. Plaintiff requires complete copies of these materials to review and accurately reference the existing evidentiary and procedural record in connection with pending motions, responses, reconsideration proceedings, and appellate matters.

7. Access to the filed versions is particularly important because Plaintiff must be able to verify precisely what materials, attachments, and exhibits are preserved in the official record, including the completeness of the documents received and maintained by the Clerk.

8. Plaintiff does not seek to unseal the documents publicly, modify any existing confidentiality designation, or authorize disclosure to third parties.

9. Rather, Plaintiff requests limited disclosure to herself, as the submitting party and Plaintiff in this action, while preserving the sealed status of the documents.

10. Plaintiff respectfully requests that the Court authorize and direct the Clerk to furnish complete copies of ECF Nos. 2, 8, and 12, including all exhibits, attachments, and associated sealed materials, by an appropriate secure method.

11. Plaintiff further requests that, if transmission of copies is not practicable, the Clerk be authorized to arrange Plaintiff's inspection and copying of the documents at the Clerk's Office without requiring a separate judicial order.

12. This request is narrowly tailored, imposes no substantive burden on the opposing parties, and does not disturb the confidentiality or sealed status of the record.

13. To the extent that copying fees are applicable under the September 23, 2025 Standing Order, Plaintiff requests notice of the amount and payment procedure before the copies are prepared and, if within the Court's discretion, consideration of a waiver or reduction based on Plaintiff's pro se status and the fact that the requested materials were originally submitted by Plaintiff.

**WHEREFORE**, Plaintiff respectfully requests that this Court:

A. **GRANT** this Motion;

B. **AUTHORIZE AND DIRECT** the Clerk of Court to provide Plaintiff complete copies of sealed ECF Nos. 2, 8, and 12, including all accompanying exhibits, attachments, and related sealed submissions;

C. **AUTHORIZE** secure transmission to Plaintiff at her email address or mailing address of record, or another secure delivery method designated by the Clerk;

D. **ALTERNATIVELY**, authorize Plaintiff to inspect and obtain copies of the identified materials in person at the Clerk's Office;

E. **DIRECT** that all existing sealing and confidentiality restrictions remain in effect, without public disclosure; and

F. **GRANT** such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Galina M. Novakhova

**Galina M. Novakhova**

*Plaintiff, Pro Se*

Date: October 14, 2026

**CERTIFICATE OF SERVICE**

I certify that on October 14, 2026, I served a copy of this Motion and the proposed Order on counsel of record for each Defendant through the CM/ECF system for counsel registered to receive electronic notice.

Respectfully submitted,

/s/ Galina M. Novakhova

**Galina M. Novakhova**

*Plaintiff, Pro Se*