**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GALINA M. NOVAKHOVA,** | : | |
| ***Plaintiff,*** | : | |
| **v.** | : | **CASE NO. 2:26-CV-0585-CFK** |
| **ANJELIQUE J. BONILLA, et al.,** | : | |
| ***Defendants*** | : | |

**ORDER**

**AND NOW**, this _____ day of ______________, 2026, upon consideration of Plaintiff's Motion for Order Authorizing the Clerk of Court to Provide Copies of Plaintiff's Previously Filed Sealed Documents, it is hereby **ORDERED** that the Motion is **GRANTED**.

The Clerk of Court is **DIRECTED** to provide Plaintiff Galina M. Novakhova with complete copies of sealed ECF Nos. 2, 8, and 12, including all associated attachments, exhibits, and sealed materials maintained under those docket entries.

The Clerk is authorized to furnish the documents directly to Plaintiff through an appropriate secure delivery method at her contact information of record, following verification of her identity.

If transmission is impracticable, Plaintiff shall be permitted to arrange inspection and copying at the Clerk's Office.

The Clerk shall advise Plaintiff of any applicable copying charges before processing the request.

The documents shall remain **SEALED**. This Order authorizes disclosure solely to Plaintiff and does not authorize public access, dissemination, or any modification of their existing confidentiality status.

BY THE COURT:

________________________________

CHAD F. KENNEY, J.