**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GALINA M. NOVAKHOVA,** | : | |
| ***Plaintiff,*** | : | |
| **v.** | : | **CASE NO. 2:26-CV-0585-CFK** |
| **ANJELIQUE J. BONILLA, et al.,** | : | |
| ***Defendants*** | : | |

**CERTIFICATE OF SERVICE**

I, Galina M. Novakhova, Plaintiff proceeding pro se, hereby certify that on October 14, 2026, I electronically filed the following documents with the United States District Court for the Eastern District of Pennsylvania through the Court's CM/ECF system: (1) **Plaintiff's Motion for Reconsideration and Reargument of ECF Nos. 113 and 114**; (2) **Memorandum of Law in Support**; (3) **Declaration of Galina M. Novakhova**, together with the accompanying **exhibits**; and (4) **Proposed Order**.

I further certify that electronic notice of these filings was transmitted through CM/ECF to all counsel of record registered to receive electronic notification in this action.

I additionally will serve Michael Daley, Esquire, counsel who appeared for the dismissed Judicial Defendants, by depositing true and correct copies of these documents in the United States mail on October 15, 2026, addressed to Administrative Office of Pennsylvania Courts, 1515

Market Street, Suite 1414, Philadelphia, PA 19102. A courtesy copy was also transmitted to legaldepartment@pacourts.us.

I certify that the foregoing statements accurately reflect the filing and service performed.

Respectfully submitted,

/s/ Galina M. Novakhova

**Galina M. Novakhova**

*Plaintiff, Pro Se*

P.O. Box 17635

Philadelphia, PA 19135

GalinaMN@gmail.com

**All Rights Reserved Without Prejudice**