**Motions**

2:26-cv-00585-CFK
NOVAKHOVA v. BONILLA et al

APPEAL,PS-C,PSO

**United States District Court**

**Eastern District of Pennsylvania**

**Notice of Electronic Filing**

The following transaction was entered on 9/28/2026 at 8:04 PM EDT and filed on 9/28/2026

| | |
|---|---|
| **Case Name:** | NOVAKHOVA v. BONILLA et al |
| **Case Number:** | 2:26-cv-00585-CFK |
| **Filer:** | GALINA M. NOVAKHOVA |
| **Document Number:** | 117 |

**Docket Text:**
**MOTION for Extension of Time to File Response/Reply as to [114] Order (Memorandum and/or Opinion), [116] Order on Motion for Reconsideration, [111] MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss for Lack of Jurisdiction , [105] Order on Motion for Extension of Time to File Response/Reply, [115] Order, [112] Letter, [73] Notice (Other), [113] Memorandum and/or Opinion, [109] Notice (Other) *PLAINTIFF'S RENEWED AND EXPEDITED MOTION TO EXTEND ECF NO. 105 TO ALL COVERED FILINGS DURING THE PREVIOUSLY NOTICED RELIGIOUS OBSERVANCE PERIOD* filed by GALINA M. NOVAKHOVA.CERTIFICATE OF SERVICE. (Attachments: # (1) Text of Proposed Order Renewed and Expedited Motion to Extend ECF No. 105 shall apply to all motions, oppositions, replies, and other substantive filings requiring a response from Plaintiff)(NOVAKHOVA, GALINA)**

**2:26-cv-00585-CFK Notice has been electronically mailed to:**

CHARLES F. HOLMGREN cholmgren@capehart.com, adempsey@capehart.com

DAVID V. DZARA ddzara@weirlawllp.com, dmarr@weirlawllp.com

David Coppola david.coppola@law.njoag.gov, ef-spec@law.njoag.gov, gregory.ferri@law.njoag.gov, LPGcalendaring@law.njoag.gov, michelle.newkirk@law.njoag.gov

GALINA M. NOVAKHOVA galinaMN@gmail.com

JEFFREY I. PASEK jpasek@cozen.com, ccorcoran@cozen.com, jeffrey-pasek-9725@ecf.pacerpro.com

Morgan Cahoon mcahoon@cozen.com

Rebecca Olga Mezei rmezei@capehart.com, adempsey@capehart.com

**2:26-cv-00585-CFK Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=9/28/2026] [FileNumber=21445700-0] [24ac08665f7d6d38a2cbf79849a18feb7faaae60566bed5ab7ccded7bdc473f617 0c8f6f2aa75885cb3fdc28b61c0e4a4ea6f98c7300689bcec376f09570faf7]]
**Document description:**Text of Proposed Order Renewed and Expedited Motion to Extend ECF No. 105 shall apply to all motions, oppositions, replies, and other substantive filings requiring a response from Plaintiff
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=9/28/2026] [FileNumber=21445700-1] [27b90aca233120edb9d3660e14b522c9b3d1edf5f80ffaff5d77cd0f5c763106ba b9ed3ae28372eb62162935e63b60b492f2e841145de807aab618a873632772]]