Gmail

Galina N <galinamn@gmail.com>

# Request for Transcript - GALINA M NOVAKHOVA -

3 messages

**Galina M. Novahova** <galinamn@gmail.com> Wed, Jun 18, 2025 at 4:46 PM
To: transcripts@courts.phila.gov

To Whom It May Concern,

I hope this email finds you well. Please find attached my formal request for transcripts of the court proceedings for the case;

Docket Number CP-51-DP-0000923-2024

FID 51-FN-001368-2024,

The attached document, titled "Request for Transcripts Letter.pdf," contains all relevant details, including the specific portions of the transcript requested, preferred delivery method, and my contact information.

Kindly let me know if you require any additional forms, payments, or information to process this request. I would also appreciate an estimated timeline and cost for preparing the transcript. As per Pennsylvania Code Title 201 - RULES OF JUDICIAL ADMINISTRATION Chapter 40 - UNIFORM RULES OVERNING COURT REPORTING AND TRANSCRIPTS Rule 4007 - Requests for Transcripts **Universal Citation:** 201 PA Code § 4007 I believe I do qualify.

Thank you for your assistance. Please feel free to contact me at 404-936-0467 or reply to this email if you need further clarification.

Respetfully ,

GALINA M NOVAKHOVA
--
Galina M. Nokvahova

(404) 936-0467

Notice: this message is a private/privileged communication, intended for the recipient only. No content is to be construed as any type of legal or other advice or counsel in any way, shape or form. Any information is solely informal, personal dialogue or opinion as of the type between friends or acquaintances. The sender of this message shall not be liable for any use, misuse, or distribution of the content herein. If you are not the intended recipient, delete this message and any and all attachments. Notice to Principal is Notice to Agent / Notice to Agent is Notice to Principal. With explicit reservation of all My rights, without prejudice and without recourse to any of My rights.

---

**Request for Transcript PHILADELPHIA JUVENILE DEPENDENCY - GALINA NOVAKHOVA 06-18-2025.pdf**
432K

---

**Transcripts** <transcripts@courts.phila.gov> Fri, Jun 20, 2025 at 10:08 AM
To: "Galina M. Novahova" <galinamn@gmail.com>

Good morning,
We would need the exact dates of the hearings you would like to request. If you do not have this information, you can contact the Family Court at 215-686-9300.
Enjoy your day!

**From:** Galina M. Novahova <galinamn@gmail.com>
**Sent:** Wednesday, June 18, 2025 4:47 PM
**To:** Transcripts <transcripts@courts.phila.gov>
**Subject:** Request for Transcript - GALINA M NOVAKHOVA -

CAUTION: This email originated from outside the organization. Do not click on links or open any attachments unless you recognize the sender and confirmed the content is safe.

[Quoted text hidden]

---

**Galina M. Novahova** <galinamn@gmail.com> Sun, Jun 28, 2026 at 2:54 AM
To: Transcripts <transcripts@courts.phila.gov>

Good Evening,

Thank you for your response.

Unfortunately, I do not have the exact hearing dates. I do not have a complete copy of my Family Court records, which is why I am requesting the transcripts.

The hearings occurred between approximately October 21, 2024, through May 21, 2025, with the final court date on May 21, 2025

Would it be possible to search the case using my name and case number to identify the hearing dates, or please advise me on the appropriate process for obtaining this information so that I may request the transcripts.

Thank you for your assistance.

Sincerely,

Galina M. Novakhova

On Fri, Jun 20, 2025 at 10:08 AM Transcripts <transcripts@courts.phila.gov> wrote:

> Good morning,
> We would need the exact dates of the hearings you would like to request. If you do not have this information, you can contact the Family Court at 215-686-9300.
> Enjoy your day!
>
> ---
>
> **From:** Galina M. Novahova <galinamn@gmail.com>
> **Sent:** Wednesday, June 18, 2025 4:47 PM
> **To:** Transcripts <transcripts@courts.phila.gov>
> **Subject:** Request for Transcript - GALINA M NOVAKHOVA -

CAUTION: This email originated from outside the organization. Do not click on links or open any attachments unless you recognize the sender and confirmed the content is safe.

To Whom It May Concern,

I hope this email finds you well. Please find attached my formal request for transcripts of the court proceedings for the case;

Docket Number CP-51-DP-0000923-2024

FID 51-FN-001368-2024,

The attached document, titled "Request for Transcripts Letter.pdf," contains all relevant details, including the specific portions of the transcript requested, preferred delivery method, and my contact information.

Kindly let me know if you require any additional forms, payments, or information to process this request. I would also appreciate an estimated timeline and cost for preparing the transcript. As per Pennsylvania Code Title 201 - RULES OF JUDICIAL ADMINISTRATION Chapter 40 - UNIFORM RULES GOVERNING COURT REPORTING AND TRANSCRIPTS Rule 4007 - Requests for Transcripts **Universal Citation:** 201 PA Code § 4007 I believe I do qualify.

Thank you for your assistance. Please feel free to contact me at 404-936-0467 or reply to this email if you need further clarification.

Respetfully ,

GALINA M NOVAKHOVA

--

Galina M. Nokvahova

(404) 936-0467

Notice: this message is a private/privileged communication, intended for the recipient only. No content is to be construed as any type of legal or other advice or counsel in any way, shape or form. Any information is solely informal, personal dialogue or opinion as of the type between friends or acquaintances. The sender of this message shall not be liable for any use, misuse, or distribution of the content herein. If you are not the intended recipient, delete this message and any and all attachments. Notice to Principal is Notice to Agent / Notice to Agent is Notice to Principal. With explicit reservation of all My rights, without prejudice and without recourse to any of My rights.

--

Galina M. Novahova

[Quoted text hidden]