Gmail

Galina N <galinamn@gmail.com>

# RE: 2503V7369 - NOVAKNOVA v. BONILLA Continuance Request NCD: 10.15.25

11 messages

**Ramdial, Jordan** <jordan.ramdial@courts.phila.gov> Wed, Oct 8, 2025 at 1:51 PM
To: "Galina M. Novahova" <galinamn@gmail.com>
Cc: "Martorano, Suzanne" <Suzanne.Martorano@courts.phila.gov>

Good afternoon Ms. Novakhova,

Thank you for your patience. Your Motion to Reschedule Hearing has not been received in chambers. Please send a copy of the stamped, filed petition. However, if you would like to request a continuance for your hearing on October 15th, I need a reason for your request and relevant supporting documentation regarding your inability to attend the hearing. Once the request and documentation are received, the request for continuance will be sent to Judge Ford for review. If granted, you would receive an order via regular mail with the next hearing date, courtroom, and time.

Your Petition for Contempt (filed 7/22/25) is scheduled to be heard on October 15th by Judge Ford. Because your Petition to Amend to Remove the GAL has not been scheduled, I do not know what judge will hear the petition. Do you have a stamped copy of that GAL petition so I can confirm that it was filed?

All future filings should be submitted to the clerk's office on the 11th floor of Family Court. Once the petition is stamped, you may send a courtesy copy to Judge Ford's chambers via email.

Moving forward, please include myself, Judge Ford's secretary Suzanne (copied above), and the opposing party on all correspondence to Judge Ford's chambers.

Best,

Jordan

**Jordan Ramdial**

Law Clerk to the Honorable Holly J. Ford

First Judicial District of Pennsylvania

Philadelphia Family Court

1501 Arch Steet, Suite 1560

Philadelphia, PA 19102

215-686-4030

**From:** Galina M. Novahova <galinamn@gmail.com>
**Sent:** Friday, October 3, 2025 11:20 AM
**To:** Ramdial, Jordan <jordan.ramdial@courts.phila.gov>
**Subject:** 2503V7369 - GALINA M NOVAKNOVA VS ANJELIQUE J BONILLA

CAUTION: This email originated from outside the organization. Do not click on links or open any attachments unless you recognize the sender and confirmed the content is safe.

Dear Mr. Ramdial,

Mr Kevin Birley confirmed Judge Ford's assignment by email.

I respectfully request clarification and assistance with the following:

1. **Continuance Request:** Please advise whether my Motion to Reschedule Hearing has been received in Judge Ford's chambers, and the procedure for confirmation of the new hearing date.
2. **Pending Filings:** I have already submitted a Petition for Contempt (regarding Protection From Abuse violations) and a Petition to Amend to Remove the GAL. These filings have not yet been scheduled. Could you please confirm that they are now under Judge Ford's review, and provide instructions to ensure they are properly docketed without delay?
3. **Service & Communication:** For efficiency, may I continue submitting filings by email directly to chambers, rather than relying on fax, which has proven unreliable? I want to ensure the Court receives timely and trackable filings.
4. **Religious Observances:** As previously noted Kevin Birley, due to observance of Yom Kippur, Sukkot, Shabbats and Simchat Torah, I will not be able to use electronic communication on those dates. I ask the Court's understanding and assure that all communications outside of those times will be prompt and in compliance.

My intent is to follow all procedures correctly, while also ensuring that my child and I remain protected under the existing PFA order.

If you need me to re-send any documents, please let me know before 3pm. Thank you.

Respectfully,
**Galina M. Novakhova**
(404) 936-0467

--

Galina M. Novahova

(404) 936-0467

Notice: this message is a private/privileged communication, intended for the recipient only. No content is to be construed as any type of legal or other advice or counsel in any way, shape or form. Any information is solely informal, personal dialogue or opinion as of the type between friends or acquaintances. The sender of this message shall not be liable for any use, misuse, or distribution of the content herein. If you are not the intended recipient, delete this message and any and all attachments. Notice to Principal is Notice to Agent / Notice to Agent is Notice to Principal. With explicit reservation of all My rights, without prejudice and without recourse to any of My rights.

---

**Galina M. Novahova** <galinamn@gmail.com> Thu, Oct 9, 2025 at 5:17 PM
To: "Ramdial, Jordan" <jordan.ramdial@courts.phila.gov>
Cc: "Martorano, Suzanne" <Suzanne.Martorano@courts.phila.gov>

Docket No. 2503V7369 – Immediate Action Required: Continuance, PFA Violations, and GAL Removal

Dear Mr. Ramdial,

Let's be very clear, I already stated in my previous emails (attached below and acknowledged by Mr. Birley) why I needed to reschedule. ***Please note, I will not be able to answer, check or reply after 5pm tomorrow.***

As a **practicing Jew**, I am currently observing **Sukkot**, with **Shabbat** tomorrow and **Simchat Torah** to follow among smaller celebrations thereafter. During these religious observances, I will not be available! The week of October 20th, 2025 and forward, I will be.

Any failure to accommodate these religious observances constitutes a violation of:

1.The **First and Fourteenth Amendments** to the U.S. Constitution;

2.**Article I, Section 3** of the Pennsylvania Constitution; and

3.The **Pennsylvania Religious Freedom Protection Act (71 P.S. § 2401 et seq.)**.

My Motion to Reschedule Hearing was filed on **September 30, 2025**, and Mr. Birley confirmed receipt. He looped you in directly and instructed me to contact your chambers because the matter was reassigned to Judge Ford.

I will not continue to repeat myself or play procedural ping-pong. My filings are valid and timely, and I have already satisfied every requirement. The continuing failure to docket, acknowledge, or respond constitutes **administrative obstruction** and a **denial of due process**.

For the record:

The **Guardian ad Litem has no authority or relevance** in my PFA matter and must be **removed immediately,** it is *explicitly unlawful* for a **Guardian ad Litem (GAL)** to insert themselves, under Pennsylvania law, **a GAL has no statutory authority or standing in a PFA action**. The GAL's role is strictly limited to **custody proceedings under 23 Pa.C.S. § 5334** — *not* abuse or protection orders under **Title 23, Chapter 61 (Protection From Abuse Act)**.

The **Respondent, Anjelique J. Bonilla, has violated the PFA multiple times** — including her recent contact with my close friend where she bragged about *placing my*

*minor child in school*. That alone is **direct interference and a criminal violation** under **23 Pa.C.S. §§ 6113–6118** and **18 Pa.C.S. § 4958**.

The **Philadelphia Police Department,** and this court have repeatedly failed to act on these violations, which is now part of my appellate and federal record.

This Court is on notice that I am not participating in further delays, omissions, or procedural games. I expect written confirmation that:

1. My **continuance** and **Motion to Reschedule Hearing** are recognized and being processed by Judge Ford.

2. My **Petition for Contempt** remains active.

3. The **GAL is removed immediately** from this case file.

Failure to confirm these points in writing will be treated as continued **obstruction of access to the courts** and **religious discrimination**, and the record will be escalated to the **Pennsylvania Superior Court** and **federal oversight**.

Respectfully,
**Galina M. Novakhova**
(404) 936-0467

[Quoted text hidden]

---

**3 attachments**

**Motion_to_Reschedule_PFA_Hearing 09-29-2025.docx**
28K

**Gmail - RE_ 2503V7369 PFA - NOVAKNOVA v. BONILLA Continuance Request NCD_ 10.15.25 Jordan Ramdial.pdf**
123K

**Gmail - RE_2503V7369 PFA - GALINA M NOVAKNOVA VS ANJELIQUE J BONILLA - KEVIN BIRLEY.pdf**
352K

---

**Galina M. Novahova** <galinamn@gmail.com> Thu, Oct 9, 2025 at 5:43 PM
To: "Ramdial, Jordan" <jordan.ramdial@courts.phila.gov>
Cc: "Martorano, Suzanne" <Suzanne.Martorano@courts.phila.gov>

Re: Docket No. 2503V7369 – Follow-Up on Continuance and Record Clarification

Dear Mr. Ramdial,

I want to clarify one final point for the record. I never received any formal or mailed notice that my case had been reassigned from Judge Palmer to Judge Ford. I only learned of this through **Mr. Birley's email**, sent shortly before the reassignment took effect. Out of respect, I accepted that notice and understood that Judge Palmer's unexpected **medical leave** required immediate reassignment.

As a **mother and grandmother**, I fully understand that emergencies happen. However, this case involves my **child's safety** and has already suffered from **multiple judicial and administrative failures**. The continued miscommunication, shifting responsibilities, and lack of acknowledgment of filings have caused unnecessary stress and financial hardship. I do not get paid to travel to court, draft legal pleadings, or send follow-ups; I am doing this because the system has left me no other option.

To be clear:

1. My Motion to Reschedule was properly filed, and I already explained my reason for rescheduling.

2. My continuance request, PFA contempt petition, and GAL removal petition must now be acknowledged and docketed before Judge Ford without further delay.

I respectfully ask that this matter be handled immediately and transparently. Continued inaction will leave me no choice but to elevate the matter to the **Superior Court of Pennsylvania** and **federal oversight**, as previously stated.

Attached is a scanned copy of fax to Mr Kevin Birley.

Best regards,

**Galina M. Novakhova**
(404) 936-0467

[Quoted text hidden]

---

**PFA Motion to Reschedule Hearing 09-29-2025 Faxed 215-686-7823.pdf**
1100K

---

**Ramdial, Jordan** <jordan.ramdial@courts.phila.gov> Fri, Oct 10, 2025 at 10:30 AM
To: "Galina M. Novahova" <galinamn@gmail.com>
Cc: "Martorano, Suzanne" <Suzanne.Martorano@courts.phila.gov>

Good morning Ms. Novakhova,

Thank you for sending your motion to reschedule which contains your continuance request. The request for continuance in the above referenced matter has been **granted**.

The hearing scheduled on October 15th, Courtroom 4F, 9AM before Judge Ford will be continued. No one needs to appear.

You will receive an Order for Hearing via regular mail with the next court date, courtroom, and time.

Best,
Jordan

**Jordan Ramdial**

Law Clerk to the Honorable Holly J. Ford

First Judicial District of Pennsylvania

Philadelphia Family Court

1501 Arch Street, Suite 1560

[Quoted text hidden]

---

**Ramdial, Jordan** <jordan.ramdial@courts.phila.gov> Fri, Oct 10, 2025 at 11:00 AM
To: "Galina M. Novahova" <galinamn@gmail.com>
Cc: "Martorano, Suzanne" <Suzanne.Martorano@courts.phila.gov>

Good morning Ms. Novakhova,

Notice is not mailed if a hearing is reassigned to another judge on the same date. You would only receive notice if the hearing was moved to another date. Regarding your outstanding concerns, your continuance request was granted per my earlier email. Your PFA contempt petition will be continued at your request. You will get notice in the mail of your next hearing date for the contempt petition.

Please send a **stamped** copy of the GAL removal petition so I can determine the date it was filed. Thanks!

Best,

Jordan

**Jordan Ramdial**

Law Clerk to the Honorable Holly J. Ford

First Judicial District of Pennsylvania

Philadelphia Family Court

1501 Arch Street, Suite 1560

Philadelphia, PA 19102

215-686-4030

---

**From:** Galina M. Novahova <galinamn@gmail.com>
**Sent:** Thursday, October 9, 2025 5:44 PM
**To:** Ramdial, Jordan <jordan.ramdial@courts.phila.gov>
**Cc:** Martorano, Suzanne <Suzanne.Martorano@courts.phila.gov>
**Subject:** Re: 2503V7369 - NOVAKNOVA v. BONILLA Continuance Request NCD: 10.15.25

CAUTION: This email originated from outside the organization. Do not click on links or open any attachments unless you recognize the sender and confirmed the content is safe.

[Quoted text hidden]

---

**Galina M. Novahova** <galinamn@gmail.com> Fri, Oct 10, 2025 at 11:51 AM
To: "Ramdial, Jordan" <jordan.ramdial@courts.phila.gov>

Re: Docket No. 2503V7369 – Continuance Granted / Record Clarification

Good Morning Mr. Ramdial,

Thank you very much for confirming that my continuance request has been granted. I appreciate the Court's attention and your prompt response.

For the record, please ensure that my **Petition for Indirect Criminal Contempt** and supporting correspondence noting that my **Protection From Abuse Order was amended without notice or consent** are presented to **Judge Ford** for review in advance of the next hearing.

I will await the mailed Order for Hearing with the updated date and courtroom.

Respectfully,
**Galina M. Novakhova**
(404) 936-0467

[Quoted text hidden]

---

**Galina M. Novahova** <galinamn@gmail.com> Fri, Oct 10, 2025 at 12:16 PM
To: "Ramdial, Jordan" <jordan.ramdial@courts.phila.gov>

RE: Docket No. 2503V7369 – Clarification of Record and Request for Judicial Review of Unauthorized PFA Amendment

Good Morning Mr. Ramdial,

Thank you for confirming that my Motion for Continuance in *Novakhova v. Bonilla* has been granted. I sincerely appreciate the Court's attention to this matter.

I am writing to ensure that the following issue is brought to Judge Ford's attention and entered into the official record:

The Protection From Abuse Order in this case was **amended without my knowledge, notice, or consent**. No petition for modification was filed by either party, and I was never served with notice of any hearing regarding modification.

As stated in my *Petition for Indirect Criminal Contempt*, this unauthorized amendment removed my minor child from the protective scope of the PFA and directly enabled subsequent violations including her unlawful interstate transport to California.

Under **23 Pa.C.S. § 6108(d)** (“Modification of orders”) and **Pa.R.C.P. 1905(e)** (“Modification or extension of order”), a Protection From Abuse order may be modified only upon petition, notice to the opposing party, and a hearing.

*23 Pa.C.S. § 6108(d)* provides: “Upon petition of either party, and after notice to the other party and a hearing, the court may modify a protection order.”

*Pa.R.C.P. 1905(e)* similarly mandates that modification or extension may occur only “upon the filing of a petition for modification or extension, service of the petition upon the defendant, and after a hearing.”

Because these statutory and procedural safeguards were not followed, the amendment is **void for lack of due process** under the **Fourteenth Amendment to the United States Constitution** and **Article I, Section 11 of the Pennsylvania Constitution**.

Furthermore, the **Guardian ad Litem (GAL)** appointed in the related dependency matter had **no statutory authority to amend, modify, or interfere with a Protection From Abuse Order**. The GAL’s powers are limited to custody proceedings under **23 Pa.C.S. § 5334**, not PFA proceedings under Chapter 61. Any alteration of the PFA initiated or facilitated by the GAL therefore exceeds jurisdiction and is ***ultra vires*.**

The Respondent in this matter is my eldest daughter, and the minor child, whether under unlawful DHS placement or not, remains under my legal and physical custodial rights. **No agency or third party may strip or diminish my parental rights absent a valid judicial determination following notice and hearing**, consistent with *Santosky v. Kramer*, 455 U.S. 745 (1982) (recognizing the fundamental liberty interest of parents in the care and custody of their children).

Pennsylvania appellate courts have consistently held that any modification of a PFA order entered without notice and hearing is **invalid.** See *Custer v. Cochran*, 933 A.2d 1050 (Pa. Super. Ct. 2007) (holding that modification of a PFA must follow § 6108(d) and Rule 1905(e)); and *Commonwealth v. Chmiel*, 889 A.2d 501 (Pa. Super. Ct. 2005) (order entered without notice and hearing is **void ab initio**).

Accordingly, I respectfully request that the Court review the docket and internal record to confirm that no petition for modification was filed or served, and that this matter be presented to Judge Ford for appropriate corrective action restoring the PFA to its original protective scope.

Please confirm that this correspondence, along with my *Petition for Indirect Criminal Contempt*, will be placed in the record and presented to Judge Ford.

Thank you again for your assistance and for granting the continuance.

Best regards,
Galina M. Novakhova

[Quoted text hidden]

---

**Ramdial, Jordan** <jordan.ramdial@courts.phila.gov> Tue, Oct 14, 2025 at 10:02 AM
To: "Galina M. Novahova" <galinamn@gmail.com>
Cc: "Martorano, Suzanne" <Suzanne.Martorano@courts.phila.gov>

Good morning Ms. Novakhova,

No problem. Our email correspondence is not part of the official record. Please be sure to let the judge know of all procedural and substantive concerns regarding your case at the hearing. If the alleged improper modification is detailed in your contempt petition, then Judge Ford will be made aware when she reviews your petition prior to the hearing. Additionally, Judge Ford cannot review any email communication without the opposing party copied on it.

If you have any further questions about petitions or docketing, please contact the clerk's office at 215-686-3805.

[Quoted text hidden]

---

**Galina M. Novahova** <galinamn@gmail.com> Wed, Oct 15, 2025 at 8:30 PM
To: "Ramdial, Jordan" <jordan.ramdial@courts.phila.gov>
Cc: "Martorano, Suzanne" <Suzanne.Martorano@courts.phila.gov>

RE: 2503V7369 – Religious Observance and Filing Schedule

Evening Ms. Ramdial,

Thank you for clarifying that our email correspondence is not part of the official record and for confirming that the Court will review my filings directly. I will make sure I will include it all in the petition. For the record, I did submit a motion for removal of the GAL in the PFA intake office and I have been going back and forth about this issue with them; however, no one advised me that it had to be done with the clerk on the 11th floor. Neither on the day of my motion for continuance, I was only given a fax number to Judge Palmer's chambers.

Please note that during this period I have been observing **Sukkot, Shabbat, and Simchat Torah**, following **Shabbat** tomorrow, during which I am **prohibited by faith from working, traveling, or using electronics**. Because of these Holy Days, I was unable to communicate or appear until their conclusion.

Just to be clear, any communications or filings involving the GAL in this Protection From Abuse matter were **procedurally improper and outside the GAL's statutory authority**, as the GAL is **not a party of record** and holds no standing under **Title 23, Chapter 61**.

I appreciate the Court's understanding of this religious accommodation and will ensure that any remaining filings, including a stamped copy of the GAL removal petition, are provided promptly on the **next business day after the Holy Days**. If time permits, I will file tomorrow October 16th, if not, then I will file the petition on Monday, October 20th, 2025. Either way, I will follow up with you when it's filed.

So you can better understand the context on the observance and timing of the Jewish Holy Days, please see:

General overview: https://outorah.org/p/74094

Calendar and local times: https://www.chabad.org/calendar/view/month.asp?aid=384847&locationid=19135&locationtype=2&save=1&tdate=10-15-2025&jewish=Month-View.htm

Again, thank you for your understanding and cooperation Ms. Ramdial.

P.S. I just realized I've been calling you "Mr." Ramdial all this time, my apologies, Ms. Ramdial! I assumed Jordan was a male name (at least in my personal interactions), however it is unisex. Thank you for your understanding (and for all your help with this case).

Respectfully,

Galina M. Novakhova

[Quoted text hidden]

---

**Galina M. Novahova** <galinamn@gmail.com> Mon, Nov 10, 2025 at 4:27 PM
To: "Ramdial, Jordan" <jordan.ramdial@courts.phila.gov>

Subject: Docket 2503V7369 — Filing Attempt on Oct 17, next hearing date, and ongoing PFA violations

Good evening Ms. Ramdial,

I'm writing to document a filing issue and to request my next court date in 2503V7369 (Novakhova v. Bonilla).

1. Filing attempt (October 17, 2025)
   • I went to the 11th floor clerk to file my motion(s). I was directed to the 8th-floor PFA office.
   • The PFA office declined to accept the filing, stating (a) I was using the wrong form and (b) I had too many subjects in one motion and must file separate motions.
   • I then obtained the specific "Petition to Modify Protection From Abuse Order" form and am preparing separate filings as instructed. Please confirm the correct desk (11th-floor clerk vs. 8th-floor PFA) to accept each: (i) Petition to Modify PFA (to restore the minor child as a protected party), (ii) Motion to Remove GAL from this PFA matter, and (iii) Enforcement/Contempt-related relief. If a stamped copy is required for chambers review, I will provide it promptly.

2. Continuance — no new date received
   My continuance was granted, but I have not received notice with the new hearing date. Could you please advise the next court date, courtroom, and time for the continued contempt petition and any related PFA matters?

3. Continued violations this morning
   This morning, November 10, 2025, the Respondent (Anjelique J. Bonilla) contacted another close friend of mine. This is consistent with her ongoing pattern of indirect contact through third parties despite the active PFA. I respectfully ask that chambers note these continued violations for the Court's awareness as I finalize the separate filings described above.

Given the repeated filing-location confusion and non-acceptance, I'm trying to follow procedure precisely. If there is a specific checklist (forms, where to file, service requirements) that chambers can point me to for this docket, I will follow it to the letter.

I understand email is not part of the official record; I'm sending this to (a) request the next hearing date, and (b) ensure the Court is aware of the continued conduct pending my formal filings. I will file the motions separately on the correct forms and provide stamped copies to chambers as a courtesy once accepted.

Thank you for your assistance.

Respectfully,
Galina M. Novakhova

[Quoted text hidden]

---

**Ramdial, Jordan** <jordan.ramdial@courts.phila.gov> Wed, Nov 12, 2025 at 3:00 PM
To: "Galina M. Novahova" <galinamn@gmail.com>
Cc: "Martorano, Suzanne" <Suzanne.Martorano@courts.phila.gov>

Good afternoon Ms. Novakhova,

Per the Clerk's Office, you should direct your PFA filings to the 8th Floor. I highly suggest including the alleged violations in the filings you are preparing. Regarding the new date, your next hearing is scheduled on **December 9, 2025 in Courtroom 4F at 9AM** before Judge Kristiansson.

Given that the hearing is no longer before Judge Ford, I cannot accept any courtesy copies of the petitions you intend to file. If you would like to send a copy once they are filed to Judge Kristiansson or have any further questions regarding your case, you can email Judge Kristiansson's secretary Taylor Foster at taylor.foster@courts.phila.gov or law clerk Ashley Stauber at Ashley.Stauber@courts.phila.gov.

[Quoted text hidden]