Gmail

Galina N <galinamn@gmail.com>

# 2503V7369 - GALINA M NOVAKNOVA VS ANJELIQUE J BONILLA

6 messages

**Birley, Kevin** <kevin.birley@courts.phila.gov> Tue, Sep 30, 2025 at 1:08 PM
To: "GALINAMN@GMAIL.COM" <GALINAMN@gmail.com>
Cc: "Perrin, Kareem" <kareem.perrin@courts.phila.gov>

We are in receipt of your Motion to Reschedule Hearing. Unfortunately, Judge Palmer will not be presiding over the hearing. Please reach out to Judge Ford for your request.

Her chambers can be reached at 215-686-4030.

Regards,

*Kevin T. Birley, Esq.*

Law Clerk to the Honorable Tiffany L. Palmer

Court of Common Pleas of Philadelphia

Family Court Division

1501 Arch Street, Suite 1428

Philadelphia, PA 19102

Chambers Phone: 215-686-7568

Courtroom 3D Phone: 215-686-9123

Fax: 215-686-7823

kevin.birley@courts.phila.gov

Pronouns: he/him/his

---

**Galina M. Novahova** <galinamn@gmail.com> Tue, Sep 30, 2025 at 4:59 PM
To: "Birley, Kevin" <kevin.birley@courts.phila.gov>

Dear Mr. Birley,

Thank you for your email regarding my Motion to Reschedule Hearing. I appreciate your time and guidance.

I do have a few concerns I need assistance with:

1. This matter has now been rescheduled four times and is on its third judicial reassignment (from Judge Kristiansson, to Judge Palmer, and now to Judge Ford). I did not receive prior notice of Judge Holly Ford reassignments, which creates confusion and difficulty in making sure my filings reach the correct chambers.

2. I have pending filings, including a Petition for Contempt of Court (PFA violations) and a Petition to Amend to Remove the GAL, which have not yet been listed. I want to ensure these are directed to the correct judge without further delay.

3. Filing by fax is inconvenient. I have to leave home to use a commercial fax service, and when I tried calling the court's phone line three times, I was unable to reach anyone to confirm receipt. So thank you for the email confirmation. Email is faster, trackable, and reliable.

4. Because tomorrow is Yom Kippur and October includes the observance of Sukkot and Simchat Torah, I will not be able to use electronic communication on those dates. I want to remain in good standing with the Court while respecting my religious obligations.

For these reasons, I respectfully ask:

Could you please confirm the effective date of the reassignment to Judge Ford?

Could you provide me with the email address for Judge Ford's chambers clerk so that I may send filings directly by email going forward?

I am trying to follow all procedures correctly while also ensuring that my child and I remain protected under the PFA. Your assistance in redirecting my filings to the proper chambers would be deeply appreciated.

Respectfully,
Galina M. Novakhova

(404) 936-0467

Notice: this message is a private/privileged communication, intended for the recipient only. No content is to be construed as any type of legal or other advice or counsel in any way, shape or form. Any information is solely informal, personal dialogue or opinion as of the type between friends or acquaintances. The sender of this message shall not be liable for any use, misuse, or distribution of the content herein. If you are not the intended recipient, delete this message and any and all attachments. Notice to Principal is Notice to Agent / Notice to Agent is Notice to Principal. With explicit reservation of all My rights, without prejudice and without recourse to any of My rights.

[Quoted text hidden]

---

**Birley, Kevin** <kevin.birley@courts.phila.gov> Wed, Oct 1, 2025 at 2:36 PM
To: "Galina M. Novahova" <galinamn@gmail.com>
Cc: "Baeringer, Dakota" <dakota.baeringer@courts.phila.gov>

Dear Ms. Novhova,

I have looped Judge Ford's clerk into the conversation. Judge Ford was assigned the case because Judge Palmer had to take medical leave.

I cannot assist you in the other matters, but Ms. Baeringer can communicate with you about your continuance request.

Regards,

*Kevin T. Birley, Esq.*

Law Clerk to the Honorable Tiffany L. Palmer

Court of Common Pleas of Philadelphia

Family Court Division

1501 Arch Street, Suite 1428

Philadelphia, PA 19102

Chambers Phone: 215-686-7568

Courtroom 3D Phone: 215-686-9123

Fax: 215-686-7823

kevin.birley@courts.phila.gov

Pronouns: he/him/his

---

**From:** Galina M. Novahova <galinamn@gmail.com>
**Sent:** Tuesday, September 30, 2025 4:59 PM
**To:** Birley, Kevin <kevin.birley@courts.phila.gov>
**Subject:** Re: 2503V7369 - GALINA M NOVAKNOVA VS ANJELIQUE J BONILLA

CAUTION: This email originated from outside the organization. Do not click on links or open any attachments unless you recognize the sender and confirmed the content is safe.

[Quoted text hidden]

---

**Birley, Kevin** <kevin.birley@courts.phila.gov> Wed, Oct 1, 2025 at 2:39 PM
To: "Galina M. Novahova" <galinamn@gmail.com>
Cc: "Ramdial, Jordan" <jordan.ramdial@courts.phila.gov>

Dear Ms. Novhova,

Please disregard the previous email, addressed to Judge Ford's former clerk. I have looped Judge Ford's current clerk, Jordan Ramdial, into the conversation. Judge Ford was assigned the case because Judge Palmer had to take medical leave.

I cannot assist you in the other matters, but Jordan can communicate with you about your continuance request.

Regards,

*Kevin T. Birley, Esq.*

Law Clerk to the Honorable Tiffany L. Palmer

Court of Common Pleas of Philadelphia

Family Court Division

1501 Arch Street, Suite 1428

Philadelphia, PA 19102

Chambers Phone: 215-686-7568

Courtroom 3D Phone: 215-686-9123

Fax: 215-686-7823

kevin.birley@courts.phila.gov

Pronouns: he/him/his

---

**From:** Galina M. Novahova <galinamn@gmail.com>
**Sent:** Tuesday, September 30, 2025 4:59 PM
**To:** Birley, Kevin <kevin.birley@courts.phila.gov>
**Subject:** Re: 2503V7369 - GALINA M NOVAKNOVA VS ANJELIQUE J BONILLA

CAUTION: This email originated from outside the organization. Do not click on links or open any attachments unless you recognize the sender and confirmed the content is safe.

Dear Mr. Birley,

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

---

**Galina M. Novahova** <galinamn@gmail.com> Fri, Oct 3, 2025 at 10:54 AM
To: "Birley, Kevin" <kevin.birley@courts.phila.gov>

Good Morning,

Thank you Mr Birley for forwarding to proper channel.

Have a blessed day!

Galina M. Novahova

(404) 936-0467

Notice: this message is a private/privileged communication, intended for the recipient only. No content is to be construed as any type of legal or other advice or counsel in any way, shape or form. Any information is solely informal, personal dialogue or opinion as of the type between friends or acquaintances. The sender of this message shall not be liable for any use, misuse, or distribution of the content herein. If you are not the intended recipient, delete this message and any and all attachments. Notice to Principal is Notice to Agent / Notice to Agent is Notice to Principal. With explicit reservation of all My rights, without prejudice and without recourse to any of My rights.
[Quoted text hidden]

---

**Galina M. Novahova** <galinamn@gmail.com> Fri, Oct 3, 2025 at 11:14 AM
To: "Birley, Kevin" <kevin.birley@courts.phila.gov>

Mr Birley,

Received and noted

Best Regards,
Galina Novakhova
[Quoted text hidden]
--
Galina M. Novahova
[Quoted text hidden]