Gmail

**Galina N <galinamn@gmail.com>**

---

## Declined: Request for Transcript - CONTACT IN 5 BUSSINESS DAYS

---

**Transcripts** <transcripts@courts.phila.gov> Fri, Jun 20, 2025 at 7:51 AM
To: Galina N <galinamn@gmail.com>

---

**invite.ics**
2K