**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GALINA M. NOVAKHOVA,** | : | **CIVIL ACTION** |
| ***Plaintiff,*** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ANJELIQUE J. BONILLA, et al.,** | : | |
| ***Respondents.*** | : | **NO. 26-0585** |

**ORDER**

**AND NOW**, this **15th** day of **October 2026**, upon consideration of Plaintiff's Motion for an Order Authorizing the Clerk of Court to Provide Copies of ECF Nos. 2, 8 and 12 (the "Motion") (ECF No. 127), it is hereby **ORDERED** that the Motion (ECF No. 127) is **DENIED**. Plaintiff **SHALL NOTICE** that ECF Nos. 2, 8, and 12 were not filed under seal. Access to ECF Nos. 2 and 8 is limited to Court Users and Case Participants.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**