**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GALINA M. NOVAKHOVA,** *Plaintiff,* v. **ANJELIQUE J. BONILLA, et al.,** *Defendants* | : | **CASE NO. 2:26-CV-0585-CFK** |

**ORDER**

**AND NOW**, this _____ day of _______________, 2026, upon consideration of Plaintiff's Motion for Leave to File an Opposition in Excess of Page Limit, it is hereby **ORDERED** that the Motion is **GRANTED** to the extent such leave is required under any applicable rule or order. Plaintiff is authorized to file her Opposition to Defendant Township of Edison's Motion to Dismiss (ECF No. 93) in its submitted length. This Order does not determine that advance leave was required.

BY THE COURT:

___________________________________

HON. CHAD F. KENNEY, J.