**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GALINA M. NOVAKHOVA,** | : | |
| ***Plaintiff,*** | : | |
| **v.** | : | **CASE NO. 2:26-CV-0585-CFK** |
| **ANJELIQUE J. BONILLA, et al.,** | : | |
| ***Defendants*** | : | |

**ORDER**

**AND NOW**, this _____ day of ____________, 2026, upon consideration of Plaintiff's Renewed Motion for Extension of Time pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), it is hereby **ORDERED** that the Motion is **GRANTED**.

Plaintiff shall have until December 2, 2026, to file her remaining responses to Defendants' Motions to Dismiss at ECF Nos. 89, 93, 111, and 119; her replies to Defendants' oppositions to Plaintiff's pending requests for entry of default, including ECF Nos. 97 and 120; and any otherwise-authorized responsive submission concerning ECF No. 98. This extension modifies the applicable response deadlines previously established by ECF Nos. 118 and 122 only to the extent expressly provided herein. Plaintiff may file individual responsive papers before that date.

BY THE COURT:

______________________________

HONARABLE CHAD F. KENNEY, J.