**IN THE UNITED STATES DISTRIICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**GALINA M. NOVAHOVA,**

**Plaintiff**

**vs.** **No. 2:26-cv-00585CFK**

**ANJELIQUE J. BONILLA, et al.**

**Defendants.**

## NOTICE OF APPEARANCE AS CO-COUNSEL

Kindly enter the appearance of Brian P. Corcoran, Esquire as co-counsel for Defendant, Concilio de Organizaciones Hispanas de Filadelfia, Inc. (incorrectly identified as CUA3/El Concilio), in the above-captioned matter.

**REILLY, MCDEVITT & HENRICH, P.C.**

BY: *Brian P. Corcoran*

Bian P. Corcoran, Esquire
PA Attorney ID No. 203392
1339 Chestnut Street, Suite 410
Widener Building
Philadelphia PA 19103
Phone: (215) 972-5200
Email: bcorcoran@rmh-law.com

Mikhaila Kline, Esquire
PA Attorney ID No. 335513
1339 Chestnut Street, Suite 410
Widener Building
Philadelphia PA 19103
Phone: (215) 972-5200
Email: mkline@rmh-law.com

Co-Counsel for Defendant,
Concilio de Organizaciones Hispanas de Filadelfia, Inc
(incorrectly identified as CUA3/El Concilio)

Date: November 10, 2026

# CERTIFICATE OF SERVICE

I, Brian P. Corccoran, Esquire, co-counsel for Defendant, Concilio de Organizaciones Hispanas de Filadelfia, Inc (incorrectly identified as CUA3/El Concilio) hereby certifies that a true and correct copy of a Notice of Appearance as Co-Counsel was served upon counsel of record via the Court's Electronic Filing System.

**REILLY, MCDEVITT & HENRICH, P.C.**

BY: *Brian P. Corcoran*

Bian P. Corcoran, Esquire
PA Attorney ID No. 203392
1339 Chestnut Street, Suite 410
Widener Building
Philadelphia PA 19103
Phone: (215) 972-5200
Email: bcorccoran@rmh-law.com

Mikhaila Kline, Esquire
PA Attorney ID No. 335513
1339 Chestnut Street, Suite 410
Widener Building
Philadelphia PA 19103
Phone: (215) 972-5200
Email: mkline@rmh-law.com

Co-Counsel for Defendant,
Concilio de Organizaciones Hispanas de Filadelfia, Inc
(incorrectly identified as CUA3/El Concilio)

Date: November 10, 2026