**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GALINA M. NOVAKHOVA,** <br> ***Plaintiff,*** <br> **v.** <br> **ANJELIQUE J. BONILLA, et al.,** <br> ***Defendants*** | : : : : : : : : : : | **CASE NO. 2:26-CV-0585-CFK** |

# ORDER

**AND NOW**, this _____ day of __________________, 2026, upon consideration of Defendant Township of Edison's Motion to Dismiss (ECF No. 93), the memorandum submitted in support of ECF No. 93, Plaintiff's Response and Conditional Motion, the accompanying Memorandum of Law and Appendix, and the record, it is hereby **ORDERED**:

1) Defendant Township of Edison's Motion to Dismiss (ECF No. 93) is **DENIED IN ITS ENTIRETY**.

2) Separately, Plaintiff's request for **LIMITED JURISDICTIONAL DISCOVERY IS GRANTED**. Discovery is authorized concerning the identified April 22, July 15, and July 20–21, 2025 communications involving Edison Township personnel, Defendant Anjelique J. Bonilla, and Pennsylvania governmental officials, beginning with existing,

nonprivileged call-routing, telephone, dispatch, CAD/RMS, and supervisory records, followed by associated substantive communications established to be jurisdictionally relevant. The discovery stay entered at ECF No. 115 is **MODIFIED** to permit this limited inquiry.

3) **OR, IN THE ALTERNATIVE**, the determination of Edison Township's Rule 12(b)(2) challenge is **DEFERRED** pending the limited jurisdictional discovery described in Paragraph 2. Plaintiff's request for that discovery is **GRANTED**, and ECF No. 115 is **MODIFIED** to the same limited extent. The Court reserves determination of the jurisdictional challenge until the authorized evidentiary inquiry is completed.

BY THE COURT:

______________________________

HONORABLE CHAD F. KENNEY, J.