**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GALINA M. NOVAKHOVA,** | : | |
| ***Plaintiff,*** | : | |
| **v.** | : | **CASE NO. 2:26-CV-0585-CFK** |
| **ANJELIQUE J. BONILLA, et al.,** | : | |
| ***Defendants*** | : | |

**ORDER**

**AND NOW**, this _____ day of ______________, 2026, upon consideration of Plaintiff's Motion for Leave to File a Memorandum of Law in Opposition to ECF No. 111 in Excess of Twenty-Five Pages, to the Extent Leave Is Required, it is hereby **ORDERED** that the Motion is **GRANTED**.

Plaintiff is **GRANTED** leave, to the extent required, to file her Memorandum of Law in Opposition to ECF No. 111 at its tendered length, together with her Index of Record Documents Cited.

BY THE COURT:

_______________________________

HONORABLE CHAD F. KENNEY, J.