**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GALINA M. NOVAKHOVA,** | **:** | **CIVIL ACTION** |
| ***Plaintiff,*** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **ANJELIQUE J. BONILLA, et al.,** | **:** | |
| ***Respondents.*** | **:** | **NO. 26-0585** |

**ORDER**

**AND NOW**, this **24th** day of **November 2026**, upon consideration of Plaintiff's Motion for Leave to Exceed the Court's Page Limits for Plaintiff's Opposition to Defendant New Jersey Department of Children and Families' Motion to Dismiss (the "Plaintiff's Motion") (ECF No. 139), and the docket, it is hereby **ORDERED** that the Motion (ECF No. 139) is **GRANTED**.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**