**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GALINA M. NOVAKHOVA,** *Plaintiff,* v. **ANJELIQUE J. BONILLA, et al.,** *Defendants* | : : : : : : : : : : | **CASE NO. 2:26-CV-0585-CFK** |

**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED THE COURT'S PAGE LIMIT FOR THE MEMORANDUM IN OPPOSITION TO CONCILIO (ECF NO. 119)**

Plaintiff Galina M. Novakhova, proceeding *pro se*, respectfully moves for leave to file the accompanying Memorandum of Law in Opposition to Defendant Concilio's Motion to Dismiss (ECF No. 119) in excess of twenty-five pages, pursuant to the Court's Policies and Procedures for Counsel concerning length of briefs. Plaintiff requests leave for the attached memorandum as submitted and does not request an extension of the December 2, 2026 response deadline set by ECF No. 133.

1. Concilio moves under Rules 12(b)(6), 12(b)(5), and 4(m), and seeks dismissal of all claims with prejudice. Its supporting memorandum addresses Rule 8, state action, institutional liability, conspiracy, §§ 1985(3) and 1986, the scope of relief, Younger abstention, service and futility, and expressly adopts arguments from several other defendants' memoranda. ECF No. 119-2 at 13 n.3, 14, 20.

2. Plaintiff must address those grounds, distinguish the underlying constitutional injuries from custody-related relief, reconcile the service chronology with the Court's prior orders, and identify concrete curative allegations to oppose dismissal with prejudice. The attached memorandum is organized by defense ground and is accompanied by a record index to facilitate review.

3. Plaintiff has made a good-faith effort to avoid unnecessary duplication. The additional length results from the distinct legal and factual questions and incorporated arguments, not an attempt to enlarge the scope of the motion. ECF No. 134 concerns the separate Edison opposition; Plaintiff seeks independent leave for this memorandum.

**WHEREFORE**, Plaintiff respectfully requests leave to file the attached Memorandum in support of her opposition to ECF No. 119 in its submitted length. The requested relief does not alter the existing response deadline.

Respectfully submitted,

/s/Galina M. Novakhova
Plaintiff, *Pro Se*

P.O. Box 17635
Philadelphia, PA 19135
GalinaMN@gmail.com

**ALL RIGHTS RESERVED WITHOUT PREJUDICE**

Dated: November 24, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2026, a true and correct copy of the foregoing Plaintiff's Motion for Leave to Exceed the Court's Page Limit for the Memorandum in Opposition to Concilio (ECF No. 119), together with the accompanying Proposed Order, was electronically filed through the Court's CM/ECF system, through which service was effectuated upon all registered counsel of record, including:

David V. Dzara, Esq.
WEIR LLP

Brian P. Corcoran, Esq.
Mikhaila Kline, Esq.
REILLY, McDEVITT & HENRICH, P.C.

Counsel for Defendant El Concilio de Organizaciones Hispanas de Filadelfia, Inc.

/s/ Galina M. Novakhova
Plaintiff, *Pro Se*

Dated: November 24, 2026