**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GALINA M. NOVAKHOVA,** | : | |
| ***Plaintiff,*** | : | |
| **v.** | : | **CASE NO. 2:26-CV-0585-CFK** |
| **ANJELIQUE J. BONILLA, et al.,** | : | |
| ***Defendants*** | : | |

**ORDER**

**AND NOW**, this ______ day of __________________, 2026, upon consideration of Plaintiff's Motion for Leave to Exceed the Court's Page Limit for the Memorandum in Opposition to Defendant Concilio's Motion to Dismiss (ECF No. 119), it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff may file the accompanying Memorandum of Law in its submitted length. This Order does not extend the response deadline established by ECF No. 133.

BY THE COURT:

_________________________________

HONORABLE CHAD F. KENNEY, J.