**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GALINA M. NOVAKHOVA,** | : | |
| ***Plaintiff,*** | : | **CASE NO. 2:26-CV-0585-CFK** |
| **v.** | : | |
| **ANJELIQUE J. BONILLA, et al.,** | : | |
| ***Defendants*** | : | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDER'S AND CICCARELLI (ECF NO. 89 AND ECF NO. 97) IN EXCESS OF PAGE LIMIT**

Plaintiff Galina M. Novakhova, proceeding *pro se*, respectfully moves for leave to file her opposition to the Motion to Dismiss filed by Defendants Defender Association of Philadelphia and Theo Ciccarelli Cornetta (ECF No. 89), together with her response to Defendants' Opposition to Plaintiff's Request for Clerk's Entry of Default (ECF No. 97), in excess of the page limit. In support, Plaintiff states:

1. ECF No. 89 seeks dismissal on multiple independent grounds, including state action, immunity, individual and institutional liability, conspiracy, sufficiency of service, and dismissal with prejudice.

2. ECF No. 97 opposes Plaintiff's Request for Clerk's Entry of Default (ECF No. 77), raising additional issues concerning service, response obligations, timeliness, and Defendants' subsequent appearance.

3. Plaintiff's opposition addresses these distinct issues, the applicable controlling authorities, defendant-specific allegations, and relevant docket materials. Additional length is necessary to present a complete and organized response.

4. The requested additional length is proportionate to the issues raised by Defendants and will not unfairly prejudice them.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court **GRANT** leave to file her opposition to ECF No. 89 and response to ECF No. 97 in excess of the page limit.

Respectfully submitted,

/s/ Galina M. Novakhova
**GALINA M. NOVAKHOVA**
Plaintiff, *Pro Se*

P.O. Box 17635
Philadelphia, Pennsylvania 19135
GalinaMN@gmail.com

**ALL RIGHTS RESERVED WITHOUT PREJUDICE**

Dated: November 24, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2026, I served a true and correct copy of the foregoing Motion and accompanying Proposed Order upon all counsel of record for Defendants Defender Association of Philadelphia and Theo Ciccarelli Cornetta through the Court's CM/ECF electronic filing system.

/s/ Galina M. Novakhova
**GALINA M. NOVAKHOVA**
Plaintiff, *Pro Se*

P.O. Box 17635
Philadelphia, Pennsylvania 19135
GalinaMN@gmail.com

Dated: November 24, 2026