**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GALINA M. NOVAKHOVA,** | : | |
| ***Plaintiff,*** | : | **CASE NO. 2:26-CV-0585-CFK** |
| **v.** | : | |
| **ANJELIQUE J. BONILLA, et al.,** | : | |
| ***Defendants*** | : | |

**ORDER**

**AND NOW**, upon consideration of Plaintiff's Motion for Leave to File Opposition to ECF No. 89 and Response to ECF No. 97 in Excess of Page Limit, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**.

Plaintiff is granted leave to file her opposition to Defendants' Motion to Dismiss (ECF No. 89) and response to Defendants' Opposition to Plaintiff's Request for Clerk's Entry of Default (ECF No. 97) in excess of the page limit.

BY THE COURT:

________________________________

HONORABLE CHAD F. KENNEY, J.